UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
==========================================

**DIANNA LYKO,**
*On behalf of herself and those similarly situated*,

        *Plaintiff*,

v.

**T.G.I. FRIDAY'S INC.,**

        *Defendant*.
==========================================

**VOLUNTARY DISMISSAL**

1:15-cv-1161 (FJS/CFH)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-named plaintiff, by her undersigned attorney, hereby voluntarily dismisses the above captioned action without prejudice.

Dated: October 2, 2015

        **/s/ Frank S. Gattuso**
        Bar Roll No. 513636
        O'HARA, O'CONNELL & CIOTOLI
        *Attorneys for Plaintiffs*
        7202 East Genesee Street
        Fayetteville, New York 13066
        Telephone: (315) 451-3810

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: October 5, 2015
       Syracuse, NY